

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**
**U.S. Courthouse and Federal Building**
**280 South First Street Room 3035**
**San Jose, California 95113-3099**
**(408) 535-5118**

*FILED*
JUN 1 7 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Edward Emmons**
**Clerk of Court**

FILED
JUN 1 7 2014

United States Bankruptcy Court
San Jose, California

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

Re:  *Case Name:  Booker Theodore Wade, Jr.*
*Case Number:  13-50376-SLJ*
*Bankruptcy Judge Name:  Stephen L. Johnson*
*District Court #:*      **CV 14.02795  LHK**

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[X] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[X] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.


Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Kristine Hang Du .


Edward Emmons, Clerk
United States Bankruptcy Court


Dated:  June 17, 2014            By:    _____

Kristine Hang Du,  Deputy Clerk

Entered on Docket
**June 12, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 12, 2014

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                    )  Case No.:  13-50376 SLJ
                                         )
BOOKER T. WADE, JR.,                     )  Chapter 11
                                         )
                            Debtor       )
                                         )
                                         )
                                         )

## ORDER DENYING MOTION TO COMPEL
## CUSTODIAN TO TURNOVER PROPERTY OF THE ESTATE

Debtor filed a Motion to Compel Custodian to Turnover Property of the Estate, on May 6, 2014, seeking an order directing the law firm Rossi Hamerslough Reischl & Chuck to turnover certain cash proceeds from the sale of real property to Debtor's chapter 11 estate. RHRC opposed the order, as did an interested party known as Campeau Goodsell Smith.

For the reasons stated on the record at the hearing conducted on June 11, 2014, the court DENIES the motion.

ORDER                                    1

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1    IT IS SO ORDERED.

2                            *** END OF ORDER***

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1

**COURT SERVICE LIST**

2 ECF Parties by Electronic Means Only

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

ORDER                                    3



1
2

**UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

FILED

JUN 16 2014

United States Bankruptcy Court
San Jose, California

3

IN RE

4

Case No. 13-50376 SLJ

Chapter 11

5

**BOOKER THEODORE WADE JR.**

6

7

**DEBTOR**

8

605 Forest Avenue
Palo Alto, CA 94301
SS # 3897

9

10

11

## NOTICE OF APPEAL

12      Booker T. Wade, Jr., Debtor and Debtor in Possession herein, hereby appeals under 28

13  U.S.C. 158(a) and Bankruptcy Rule 8001(a) of the Rules of Bankruptcy Procedure from the order of

14  the bankruptcy judge entered on June 11, 2014, captioned "Order Denying Motion to Compel

15  Custodian to Turnover Property of the Estate." This notice of appeal is timely as it is made within

16  14 days of entry of the order appealed from pursuant to Rule 8002 of the Rules o Bankruptcy

Procedure.

17      The names of the parties to the order appealed from and the names, addresses and telephone

18  numbers of their respective putative attorneys are as follows:

19

Party

20

21  Arlene Stevens                          Arlene Stevens [Pro Se]
                                            P O Box 51310
22                                          Palo Alto, CA 94303
                                            [No telephone number]
23

24  Arlene Stevens                          David Hamerslough
                                            Rossi Hamerslough Reisch & Chuck
25                                          1980 The Alameda Suite 200
                                            San Jose, CA 95126
26                                          (408) 261 4252

27

28

-1-

| | |
|---|---|
| Hoge Fenton Jones & Appel Inc. | Stephanie Oats<br>Hoge Fenton Jones &Appel Inc.<br>60 South Market Street #1400<br>San Jose, CA __<br>(408) 287-9501 |
| The Mlnarik Law Group Inc | Mlnarik Law Group Inc.<br>2930 Bowers Avenue<br>Santa Clara, CA 95051<br>(408) 919 0088 |
| Rossi Hamerslough Reischl & Chuck | Wendy Smith<br>Binder & Malter<br>2775 Park Avenue<br>Santa Clara, CA 95050<br>(408) 295 1700 |
| Campueau Goodsell Smith | William Healy<br>Campeau Goodsell Smith<br>400 North First Street #100<br>San Jose, CA<br>(408) 295 9555 |
| Forest Villa Homeowners Association | Austin Nagel Esq.<br>Law Offices of Austin Nagel<br>111 Deerwood Dr.<br>San Ramon, CA 94582<br>(925) 855 8080 |
| Wells Fargo Bank | Christopher McDermott<br>Casey O'Connell<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite200<br>PO Box 17933<br>San Diego, CA 92177-0933<br>(858) 750-7600 |
| U.S. Department of Education | General Counsel<br>U.S. Department of Education<br>400 Maryland Ave SW<br>Washington, D.C. 20202<br>(202) 401-6000 |
| Internal Revenue Service | Internal Revenue Service (not represented)<br>P O Box 7346<br>Philadelphia, PA 19101-7346<br>(800) 829-1040 |

JAMS Inc.

JAMS Inc. (not represented)
160 W Santa Clara St
San Jose, CA 945113
(408) 288-2240

Discover Bank

Discover Bank  (not represented)
DB Servicing Corp
P O Box 3024
New Albany, OH 43054-3025
(224) 405 0900

LVNV Funding LLC

LVNV Funding LLC (not represented)
P O Box 10587
Greenville, SC 29603-058
[Phone number not available]

Calvary Portfolio Services LLC

Calvary Portfolio Services LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595
(800) 501 0909

Miller Starr Regalia LLC

Miller Starr Regalia LLC (not represented)
435 Tasso Street Suite 315
Palo Alto, CA 94301
(925) 935-9400

June  16, 2014

Booker T. Wade Jr.
Appellant
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

-3-

Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

FILED

JUN 1 6 2014

United States Bankruptcy Court
San Jose, California

**UNTIED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**IN RE**

**BOOKER THEODORE WADE JR.**

**DEBTOR**

Case No. 13-50376 SLJ

Chapter 11

**NOTICE OF ELECTION TO HAVE UNITED STATES DISTRICT COURT HEAR APPEAL**

Booker T. Wade, Jr., Debtor and Debtor in Possession herein, pursuant to 28 U.SC. 158(c)(1)(A) and Fed. R. Bankr. P. 8001(e), hereby elects to have the Untied States District Court for the Northern District of California hear this appeal.

June 16, 2014

Booker T. Wade Jr., Debtor

**Proof of Service**

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On or before the date shown below, I deposited in the U.S. Mail, first class postage prepaid, copies of the foregoing pleading and addressed to the following:

David Hamerslough
Rossi Hamerslough Reisch & Chuck
1980 The Alameda Suite 200
San Jose, CA 95126

Stephanie Oaks
Hoge Fenton Jones &Appel Inc.
60 South Market Street #1400
San Jose, CA 95113

Mlnarik Law Group Inc.
2930 Bowers Avenue
Santa Clara, CA 95051

William Healy
Campeau Goodsell Smith
400 North First Street #100
San Jose, CA

Christopher McDermot
Casey O'Connell
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

June  16 , 2014

Fan Wen

**FILED**

JUN 16 2014

United States Bankruptcy Court
San Jose, California

1　Booker T. Wade Jr.
　605 Forest Avenue
2　Palo Alto, CA94301
　415 378 6250
3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

6　**In re**　　　　　　　　　　　　　　　　　**Case No. 13-50376 SLJ**

7　　　　　　　　　　　　　　　　　　　　　Chapter 11

8　**BOOKER T. WADE JR.**

9

10　　　　　**DEBTOR**

13　　　　　　　　**DESIGNAGTION OF RECORD AND**
14　　　　　　　　　**STATEMENT OF ISSUES**

15　　　　Booker T. Wade Jr., Appellant, having filed a notice of appeal from the order of the

16　bankruptcy court, entered May 7, 2014, which denied approval of Appellant's First Amended

17　Proposed Disclosure Statement and Plan of Reorganization, hereby designates the following for

18　inclusion in the record on appeal and sets forth a state n of issues to be presented on appeal.

19

　　　　　　　　　　　　　　*Designation of Contents of Record*

20　　1. Docket - History;

21　　2. Claims Register;

22　　3. Schedule C, Property Claimed As Exempt, Voluntary Petition, filed on February 20, 2013;

23　　4. Motion to Reject Executory Contract, filed by Appellant on June 6, 2014;

24　　5. Objection to Motion to Reject Executory Contractfiled by David Hamerslough on July 10,
　　　　2014;

25
　　6. Opposition to Motion to Reject Executory Contract, filed by Campeau Goodsell & Smith on
26　　　July 10, 2014;

27

28

7. Motion for Relief From Stay to Seek Judgment in State Court and for Related Relief, filed on behalf of Arlene Stevens on July 9, 2013, seeking reference to state court to resolve state issues presented;

8. Opposition to Motion For Relief from Stay filed by Appellant on July 22, 2014;

9. Order: (1) Denying Motion to Reject Executory Contract and (2) Granting Stay Relief, entered on September 5, 2013, providing reference to the Santa Clara County California Superior Court;

10. Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement, filed on March 7, 2014;

11. Opposition to Debtor's Proposed CombinedPlan of Reorganization and Disclosure Statement, filed by David Hamerslough on March 27, 2014;

12. Opposition to Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement, filed by William Healy on March 24, 2014;

13. Opposition to Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement, filed by Hoge Fenton Jones & Appel Inc. on March 26, 2014;

14. Opposition to Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement, filed by the United States Trustee on March 24, 2014;

15. Official transcript of the hearing before the bankruptcy court on April 3, 2014 on Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement;

16. Debtor's Ex Parte Motion to Strike Appearances of Counsel filed by Appellant on April 14, 2014;

17. Objection to Debtor's Ex Parte Motion to Strike Appearances of Counsel filed by David Hamerslough on April 17, 2014;

18. Objection to Debtor's Ex Parte Motion to Strike Appearances of Counsel filed by William Healy on April 17, 2014;

19. Opposition to Debtor's Motion to Strike Appearances filed by Healy

20. Opposition to Debtor's Motion to Strike Appearance filed by Hamerslough

21. Debtor's First Amended Proposed Combined Plan of Reorganization and Disclosure Statement filed on April 22, 2014;

22. Opposition to Debtor's First Amended Proposed Combined Plan of Reorganization and Disclosure Statement filed on April 28, 2014 by David Hamerslough;

23. Opposition to Debtor's First Amended Proposed Combined Plan of Reorganization and Disclosure Statement filed on April 28, 2014 by Hoge Fenton Jones & Appel Inc.;

24. U.S. Trustee's Objections to Debtor's Combined Plan of Reorganization and Disclosure Statement (4/22/2014), filed on April 25, 2014;

25. Debtor's Ex Parte Motion to Enlarge The Time to File Amended Plan of Reorganization and Disclosure Statement, filed April 14, 2014;

26. Order Denying Approval of Debtor's First Amended Proposed Disclosure Statement and Reorganization Plan as Patently Unconfirmable entered on May 7, 2014;

27. Official Transcript of the hearing before the bankruptcy court on April 3, 2014,on Debtor's First Amended Proposed Combined Disclosure Statement and Plan of Reorganization;

28. Notice of Appeal to the United States District Court for the Northern District of California from the order of the bankruptcy court, filed May 20, 2014, which denied approval of Debtor's First Amended Combined DS and Reo Plan

29. Motion to Compel Custodian to Turnover Property, filed on May 6, 2014;

30. Opposition to Motion to Compel Custodian to Turnover Property, filed on May 28, 2014, by David Hamerslough;

31. Motion to Withdraw Reference from State Court filed by Appellant on May 28, 2014;

32. Opposition to Motion to Withdraw Reference filed by William Healy on June 3, 2014;

33. Chapter 11 Reorganization Petition of Appellant filed on January 11 2014;

34. United States Trustee Motion to Convert or Dismiss Chapter 11 Case.

35. Order to Show Cause Re Dismissal or Conversion entered on June 10, 2014;

36. Order Denying Motion to Compel Custodian to Turnover Property of the Estate, entered on June 12, 2014;

37. Official Transcript of Hearing on Motion to Compel Custodian to Turnover Property of the Estate, held on June 11, 2014;

38. Ex Parte Motion to Void State Court Judgment Order, filed on June 16, 2014;

### *Issue Presented*

Did the Bankruptcy Judge err in denying debtor's Motion to Compel Custodian to Turnover Property of the Estate?

June 16, 2014

Appellant

**Proof of Service**

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On or before the date shown below, I deposited in the U.S. Mail, first class postage prepaid, copies of the foregoing pleading and addressed to the following:

David Hamerslough
Rossi Hamerslough Reisch & Chuck
1980 The Alameda Suite 200
San Jose, CA 95126

Stephanie Oaks
Hoge Fenton Jones &Appel Inc.
60 South Market Street #1400
San Jose, CA 95113

Mlnarik Law Group Inc.
2930 Bowers Avenue
Santa Clara, CA 95051

William Healy
Campeau Goodsell Smith
400 North First Street #100
San Jose, CA

Christopher McDermot
Casey O'Connell
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

June 16 , 2014

Fan Wen

**DebtEd, REOPENED, APPEAL, FilingFeeDue**



## U.S. Bankruptcy Court
### Northern District of California (San Jose)
### Bankruptcy Petition #: 13-50376
### Internal Use Only

| | |
|---:|:---|
| *Date filed:* | 01/22/2013 |
| *Date reopened:* | 02/21/2013 |
| *341 meeting:* | 02/27/2013 |
| *Deadline for filing claims:* | 05/28/2013 |
| *Deadline for objecting to discharge:* | 04/29/2013 |

*Assigned to:* Judge Stephen L. Johnson
Chapter 11
Voluntary
Asset

*Debtor*
**Booker Theodore Wade, Jr.**
605 Forest Avenue
Palo Alto, CA 94301
SANTA CLARA-CA
SSN / ITIN: 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

represented by **Booker Theodore Wade, Jr.**

UNITED STATES BANKRUPTCY COURT
PRO SE

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated 6/17/2014
by _____
Deputy Clerk

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

represented by **John S. Wesolowski**
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113-0002
(408)535-5525
Email: john.wesolowski@usdoj.gov

| Filing Date | # | Docket Text |
|:---:|:---:|:---|
| 01/22/2013 | 1 | Chapter 11 Voluntary Petition, Fee Amount $303.25, Filed by Booker Theodore Wade Jr.. Order Meeting of Creditors due by 1/29/2013.Incomplete Filings due by 2/5/2013. (lub). CORRECTIVE ENTRY: COURT REMOVED SECTION 521 DEADLINE FROM DOCKET TEXT. Modified on 1/23/2013 (kd). (Entered: 01/22/2013) |
| 01/22/2013 | | First Meeting of Creditors with 341(a) meeting to be held on 02/27/2013 at 09:30 AM at San Jose Room 268. Last Day to Determine Dischargeability of Certain Debts due by 04/29/2013. Proof of Claim due by 05/28/2013. (lub) (Entered: 01/22/2013) |
| 01/22/2013 | 2 | Statement of Social Security Number. Filed by Debtor Booker Theodore Wade Jr. (lub) (Entered: 01/22/2013) |

| | | |
|---|---|---|
| | | on the record. (tb ) (Entered: 06/13/2014) |
| 06/12/2014 | 🌑 151 | Order **Denying** Objection (RE: related document(s)123 Objection filed by Debtor Booker Theodore Wade). (kd) (Entered: 06/12/2014) |
| 06/12/2014 | 🌑 152 | Order **Denying** Motion To Compel (Related Doc # 126) (kd) (Entered: 06/12/2014) |
| 06/12/2014 | 🌑 155 | BNC Certificate of Mailing -Motion to Convert or Dismiss . (RE: related document(s) 149 Hearing Set). Notice Date 06/12/2014. (Admin.) (Entered: 06/12/2014) |
| 06/13/2014 | 🌑 156 | BNC Certificate of Mailing (RE: related document(s) 150 Order to Show Cause for Dismissal). Notice Date 06/13/2014. (Admin.) (Entered: 06/13/2014) |
| 06/16/2014 | 🌑 157 | Order Vacating Hearing On Motion To Withdraw Reference (RE: related document(s)139 Motion for Withdrawal of Reference filed by Debtor Booker Theodore Wade). (kd) (Entered: 06/16/2014) |
| 06/16/2014 | | (private) Hearing terminated per signed order on 6/16/2014. (kd) (Entered: 06/16/2014) |
| 06/16/2014 | 🌑 158 | Order To Continue Hearing (RE: related document(s)150 Order to Show Cause for Dismissal). 7/9/2014 at 02:00 PM San Jose Courtroom 3099 - Johnson for 150, (kd) (Entered: 06/16/2014) |
| 06/16/2014 | 🌑 | Receipt of Appeal Filing Fee. Amount 298.00 from Booker Therodore Wade Jr. Receipt Number 50091967. (admin) (Entered: 06/16/2014) |
| 06/16/2014 | 🌑 159 | Notice of Appeal to District Court , Fee Amount $ 298.00. (RE: related document(s)152 Order on Motion to Compel). Appellant Designation due by 6/30/2014. Transmission to District Court due by 7/16/2014. Filed by Debtor Booker Theodore Wade Jr. (kd) (Entered: 06/17/2014) |
| 06/16/2014 | 🌑 160 | Statement of Election to District Court, (RE: related document(s)159 Notice of Appeal filed by Debtor Booker Theodore Wade). Filed by Debtor Booker Theodore Wade Jr. (kd) (Entered: 06/17/2014) |
| 06/16/2014 | 🌑 161 | Appellant Designation of Contents For Inclusion in Record On |

| | | Appeal , Statement of Issues on Appeal, Certificate of Service (RE: related document(s)159 Notice of Appeal filed by Debtor Booker Theodore Wade). Filed by Debtor Booker Theodore Wade Jr. (kd) (Entered: 06/17/2014) |