UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BOOKER THEODORE WADE, JR et al, <br><br>           Plaintiff, <br><br>   v. <br><br> IN RE BOOKER THEODORE WADE, JR et al, <br><br>           Defendant. _____/ | Case Number: CV14-02795 LHK <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Booker T. Wade
605 Forst Avenue
Palo Alto, CA 943031

Dated: July 11, 2014

Richard W. Wieking, Clerk
By: MARTHA BROWN, Deputy Clerk